UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

FRANTZ MOLEON, et al.,

                      **Plaintiffs,**

      -against-

PRESIDENT FRED ALSTON, et al.,

                      **Defendants.**

-----------------------------------------------------------------X

21-CV-01398 (PAE)(SN)

ORDER

**SARAH NETBURN, United States Magistrate Judge**:

      On Monday, June 28, 2021, the Honorable Paul A. Engelmayer assigned this matter to my docket for settlement. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least four to six weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences. As soon as possible, the parties are directed to contact Courtroom Deputy Rachel Slusher by email at Rachel_Slusher@nysd.uscourts.gov with three (3) mutually convenient dates, to schedule a settlement conference for a time when they believe it would be productive.

      In the weeks prior to the conference, the Court will confirm whether the conference will be held telephonically or in person.

**SO ORDERED.**

                                                                           SARAH NETBURN
                                                                           United States Magistrate Judge

DATED:     June 29, 2021
               New York, New York