UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

FRANTZ MOLEON, et al.,

                    **Plaintiffs,**

      -against-

PRESIDENT FRED ALSTON, et al.,

                    **Defendants.**

-----------------------------------------------------------------X

21-CV-01398 (PAE)(SN)

SETTLEMENT CONFERENCE ORDER

**SARAH NETBURN, United States Magistrate Judge**:

    A settlement conference is scheduled for Friday, August 6, 2021, at 10:00 a.m. and will be held telephonically. The Court will provide dial-in information by email before the conference.

    The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by Friday, July 30, 2021 by e-mail to Netburn_NYSDChambers@nysd.uscourts.gov. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated:    July 6, 2021
           New York, New York