UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRANTZ MOLEON, *on his own behalf and on behalf of similarly situated former and current employees,*

                                    Plaintiffs,

-v-

FRED ALSTON ET AL.,

                                    Defendants.

21 Civ. 1398 (PAE)
21 Civ. 8813 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

       The Court has received the parties' letters in Dkt. 21 Civ. 1398 (PAE) with respect to scheduling outstanding depositions and amending the case management plan. Dkts. 79, 80, 81. All parties agree to adjourn depositions until February 2022. The Court accordingly extends the deadline for fact discovery in this case, including all depositions, until **February 1, 2022**. This deadline will not be further adjourned. The Court expects to set a similar end date for fact discovery in Dkt. 21 Civ. 8813 (PAE).[1] An initial telephonic conference in that case is scheduled for November 30, 2021, at 11:00 a.m. To ensure coordination across these two related cases, counsel for the parties in both cases are directed to attend that conference.

       Counsel should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at

---

[1] For avoidance of doubt, this order overrides the order at Docket 9 in Dkt. 21 Civ. 8813 (PAE), to the extent that order purports to set discovery deadlines in anticipation of an automatic referral to mediation. In light of the related litigation in Dkt. 21 Civ. 1398 (PAE), the Court will not defer any discovery in Dkt. 21 Civ. 8813 (PAE) in deference to mediation.

htttps://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

All conferences with the Court are scheduled for a specific time; there is no other matter scheduled for that time, and counsel are directed to appear promptly. All pretrial conferences must be attended by the attorney who will serve as principal trial counsel.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: November 10, 2021
New York, New York