UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

| | |
|---|---|
| Frantz Moleon, | INDEX NO. 21cv 1398 (PAE) |
| Plaintiff, | **ORDER OF DISMISSAL with Prejudice as to Kent Security of New York, Inc and Ronald Manning Only** |
| -against- | |
| Fred Alston as President of Garage Employees Local 272 *affil'd* International Brotherhood of Teamsters, SP Plus Corporation, Margarita Lopez, Local 272 John Doe 1, Kent Security Of New York, Inc. and Ronald Manning | |
| Defendants. | |

_____X

### ORDER OF DISMISSAL

Plaintiff Frantz Moleon by and through his attorney the Law Office of Susan Ghim and Defendants Kent Security of New York, Inc. and Ronald Manning by and through their attorney Smith Mazure hereby Stipulate to VOLUNTARY DISMISSAL WITH PREJUDICE of this action against Defendants Kent Security Of New York, Inc. and Ronald Manning only.

Dated: New York, NY
        December      , 2021

| | |
|---|---|
| Law Office of Susan Ghim<br>Attorney for Plaintiff Frantz Moleon<br><br>*Susan Ghim*<br>_____<br>BY: Susan Ghim, Esq.<br>     244 Fifth Avenue, Suite 1434<br>     New York, NY 10001<br>     (917) 549-4708<br>     ghimlaw@gmail.com | Smith Mazure, P.C.<br>Attorneys for Defendants<br>Kent Security of New York, Inc<br>and Ronald Manning<br><br>*Joel Simon*<br>_____<br>  BY: Joel Simon, Esq.<br>     111 John Street<br>     New York, NY 10038<br>     (212) 964-7400<br>     jsimon@smithmazure.com |

SO ORDERED.

Dated: January 6, 2022

_Paul A. Engelmayer_
Hon. Paul A. Engelmayer
United States District Judge